YAAKOV LICCI, a Minor, by His Father and Natural Guardian, ELIHAV LICCI, and by His Mother and Natural Guardian, YEHUDIT LICCI, et al., Appellants, v LEBANESE CANADIAN BANK, SAL, et al., Respondents.

Decided March 29, 2012

See 673 F3d 50.

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.

NELLA MANKO, Appellant, v AETNA HEALTH, INC., et al., Respondents.

Decided March 29, 2012

Reported below, 2011 NY Slip Op 79142(U).

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

NELLA MANKO, Appellant, v LENOX HILL HOSPITAL, Respondent.

Decided March 29, 2012

Reported below, 2011 NY Slip Op 81074(U).

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (see CPLR 5511, 5601).